■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN PETER WALZER, Appellant.—Amended judgment of the County Court, Westchester County, dated July 8, 1976, affirmed. No opinion. This case is remitted to the County Court, Westchester County, for further proceedings pursuant to CPL 460.50 (subd 5). Martuscello, Acting P. J., Cohalan, Rabin and Mollen, JJ., concur.